**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

**WILLIE CHAMBERS,**

        **Plaintiff(s),**　　　　**CASE NUMBER: 04-71066**
　　　　　　　　　　　　　　　　　　　　**HONORABLE VICTORIA A. ROBERTS**

**v.**

**DAMON CORPORATION, et al.,**

        **Defendant(s).**
_____/

**CLARIFICATION OF ORDER REGARDING DEFENDANTS'**
**MOTIONS FOR SUMMARY JUDGMENTS**

On June 26, 2005, the Court entered an Order Regarding Defendants' Motions for Summary Judgments. **[Doc. 19]** Defendants request clarification regarding the Court's ruling on their request for dismissal of Plaintiff's Magnuson-Moss Warranty Act claim in Count II, in light of the Court's dismissal of Plaintiff's express warranty claim in Count VI.

The Court clarifies as follows: Trial will proceed on Count I, Breach of Warranty of Merchantability; Count II, Magnuson-Moss Act Violations, *to the extent the violations are based on Plaintiff's implied warranty claims*; Count III, Breach of Implied Warranty; and, Count V, Michigan Consumer Protection Act.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　s/Victoria A. Roberts
　　　　　　　　　　　　　　　　　　　　Victoria A. Roberts
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:  August 3, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 3, 2005.

s/Linda Vertriest
Deputy Clerk